In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00226-CV
_____

ALBERT HADNOT SR., Appellant

V.

CHAD ADAMS, Appellee

On Appeal from the 1A District Court
Jasper County, Texas
Trial Cause No. 35836

ORDER

Albert Hadnot Sr., appellant, filed a notice of appeal from the trial court's judgment. Appellant informed he Court of Appeals that he is indigent. On June 27, 2018, we provided Hadnot with a copy of the form approved by the Supreme Court for purposes of Texas Rule of Civil Procedure 145 and directed Hadnot to return a completed form with an inmate's account statement. On July 23, 2018, appellant filed an inmate's account statement and a statement of inability to pay costs that was prepared on the wrong form.

1

We abate this appeal and remand the cause to the trial court for a determination of appellant's ability to afford payment of court costs under Rule 145 of the Texas Rules of Civil Procedure. *See* Tex. R. Civ. P. 145. The trial court may require appellant to use the required form statement. *See* Tex. R. Civ. P. 145(b), (d). Any motion to require appellant to pay costs or to require appellant to prove his inability to afford costs must be filed in the trial court by the appropriate party in accordance with Rule 145. *See id*. R. 145(f)(1)-(4). If necessary, the trial court shall conduct a hearing and make appropriate orders. *See id*. R. 145(f)(5)-(7). Any documents filed and orders signed pursuant to Rule 145 shall be forwarded to this Court for filing as a supplemental record no later than August 28, 2018. Alternatively, a party, the trial court clerk, or the court reporter may file a status report informing this Court that additional time is needed for a determination under Rule 145. In the absence of a request for additional time, this appeal will automatically reinstate on August 28, 2018. Upon reinstatement, if an order requiring appellant to pay costs has not been signed, appellant will be entitled to proceed without payment of costs associated with this appeal. *See id*. R. 145(a).

ORDER ENTERED August 8, 2018.

PER CURIAM

Before Kreger, Horton, and Johnson, JJ.

2